<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 98-1987**

---

ROBERT A. FISHER,

> Petitioner - Appellant,

versus

COMMISSIONER OF INTERNAL REVENUE,

> Respondent - Appellee.

---

Appeal from the United States Tax Court.  (Tax Ct. No. 96-15319)

---

Submitted:  October 8, 1998       Decided:  October 22, 1998

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert A. Fisher, Appellant Pro Se.  Sarah Kay Knutson, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert A. Fisher appeals from the tax court's order determining deficiencies and penalties with respect to his 1987 through 1992 federal income tax liability. Our review of the record and the tax court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the tax court. <u>Fisher v. Commissioner</u>, No. 96-15319 (U.S. Tax Ct. Apr. 6, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>